**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **SHEILA UPCHURCH,** ) | |
| ) | |
|       **Plaintiff,** ) | |
| ) | |
|     **vs.** ) | No. 4:05CV742-DJS |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
|       **Defendant.** ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #16] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motion to reverse and remand with suggestions in support [Doc. #15] is granted.

Dated this   12th   day of December, 2005.

                                          /s/Donald J. Stohr
                                          UNITED STATES DISTRICT JUDGE